# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHELSON D'ANGELO T. GOODWIN,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **V.** | ) ) **Case No.: 5:17-cv-1500-LCB-JHE** |
| **BRANDON BAILEY,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

On May 21, 2020, U.S. Magistrate Judge John H. England, III issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted, and that Plaintiff's state-law claims for abuse of process and fraud be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). (Doc. 32). Plaintiff has not objected to the Report and Recommendation.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The unchallenged portions of the Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 32) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. This action is therefore **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this July 8, 2020.

_____
LILES C. BURKE
UNITED STATES DISTRICT JUDGE